### TOM CUNNINGHAM V. THE STATE.

No. 9222.   Delivered March 11, 1925.

Theft.

No statement of facts, nor bills of exception appearing in the record, the judgment is affirmed.

Appeal from the District Court of McLennan County.   Tried below before the Hon. Richard I. Monroe, Judge.

Appeal from a conviction of theft, penalty, two years in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is theft; punishment fixed at confinement in the penitentiary for two years.

The record contains neither bills of exception nor statement of facts. The indictment appears regular. No fundamental error has been perceived or pointed out.

The judgement is affirmed.